# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYNE J. YOUNGS, | |
| Plaintiff, | 4:19CV3067 |
| vs. | ORDER |
| INDUSTRIAL SERVICES, INC., | |
| Defendant. | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **May 3, 2021**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall stay all outstanding deadlines and terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 2nd day of April, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge